[USDC] SDNY
[DOC]UMENT
[ELEC]TRONICALLY F[ILED]
[DATE FILED]: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRIAN MCFADDEN,

Defendant.

CONSENT PRELIMINARY ORDER OF FORFEITURE/ MONEY JUDGMENT

S1 26 Cr. 31 (CM)

WHEREAS, on or about March 16, 2026, BRIAN MCFADDEN (the "Defendant"), was charged in a one-count Superseding Information, S1 26 Cr. 31 (CM) (the "Information"), with falsification of books, records, and accounts, in violation of Title 15, United States Code, Sections 78m(b)(2), 78m(b)(5), and 78ff; Title 17, Code of Federal Regulations, Section 240.13b2-1; and Title 18, United States Code, Section 2 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about March 16, 2026, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28 United States Code, Section 2461(c), a sum of money equal to $75,207.70 in United States

currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $75,207.70 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney James M. McDonald, United States Attorney, Assistant United States Attorneys Nicholas Chiuchiolo, Maggie Lynaugh, and Samuel P. Rothschild, of counsel, and the Defendant and his counsel, Max Nicholas, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $75,207.70 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant BRIAN MCFADDEN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. The Government shall credit any payments made by the Defendant, within one year of the Defendant's sentencing date, to the United States Securities and Exchange Commission (the "SEC") in satisfaction of the Defendant's disgorgement obligation in the matter *Securities and Exchange Commission v. Brian McFadden*, No. 26 Civ. 1482 (DLC).

6. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

7. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

8. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Case 1:26-cr-00031-CM Document 27-1 Filed 09/03/26 Page 4 of 4

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: [signature] 9/10/26
DATE

NICHOLAS CHIUCHIOLO
MAGGIE LYNAUGH
SAMUEL P. ROTHSCHILD
Assistant United States Attorneys
26 Federal Plaza
New York, NY 10278
(212) 637-1247 / 2448 / 2504

BRIAN MCFADDEN

By: [signature] 9/10/26
BRIAN MCFADDEN
DATE

By: [signature] 9/10/26
MAX NICHOLAS, ESQ.
Attorney for Defendant
DATE

SO ORDERED:

[signature] 9/10/2026
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE
DATE